

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00611-CV

**IN THE INTEREST OF S.G. IV**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-16418
Honorable Martha Tanner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED. Appellant's motion for leave to file late notice of appeal is MOOT. Costs of the appeal are taxed against appellant.

SIGNED October 17, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice